SEDGWICK LLP
Karen Woodward (State Bar No. 205543)
Christopher P. Norton (State Bar No. 234621)
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
karen.woodward@sedgwicklaw.com
christopher.norton@sedgwicklaw.com
Telephone:    (213) 426-6900
Facsimile:    (213) 426-6921
Attorneys for Defendant
XANODYNE PHARMACEUTICALS, INC.

SHOOK, HARDY & BACON L.L.P.
Matthew J. Vanis (SBN 210706)
One Montgomery, Suite 2700
San Francisco, CA 94104
mvanis@shb.com
Telephone:    (415) 544-1975
Facsimile:    (415) 391-0281
Attorney for Defendant
COVIDIEN INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FREITAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:12-cv-05948 SC<br><br>Assigned to the Hon. Samuel Conti<br><br>**STIPULATION TO STAY MOTION FOR JUDGMENT ON THE PLEADINGS PENDING OUTCOME OF MOTION TO REMAND** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Xanodyne Pharmaceuticals, Inc. ("Xanodyne") and plaintiffs hereby agree and stipulate to STAY Xanodyne's Motion for Partial Judgment on the Pleadings as follows:

Plaintiffs' action was removed by Defendants Brenn Distribution, Inc. to the United States District Court for the Northern District of California on November 20, 2012.

On December 17, 2012, Xanodyne filed a Motion for Judgment on the Pleadings based on lack of personal jurisdiction. Plaintiffs' opposition to that motion is due December 31, 2012.

1  The hearing on that motion is set for February 15, 2013.

2  Plaintiffs will file a Motion to Remand on or before January 3, 2013. The Clerk of this
3  Court has assigned a hearing date of February 15, 2013 for the Motion to Remand.

4  Plaintiffs and defendant Xanodyne agree that the Court should decide the motion to
5  remand before other motions. Accordingly, in order to promote the efficiency for the Court and
6  the parties, Xanodyne and plaintiffs have agreed to stay Xanodyne's Motion for Judgment on the
7  Pleadings pending the outcome of the Motion to Remand.

8  ON THESE BASES, plaintiffs and Xanodyne agree that:

9  Xanodyne's Motion for Judgment on the Pleadings is stayed pending the outcome of the
10  Motion to Remand;

11  The hearing on plaintiffs' Motion to Remand will remain set for February 15, 2013.

12  **IT IS SO STIPULATED.**

13  DATED: December 31, 2012          SEDGWICK LLP

14                                     By:   /s/ Christopher P. Norton
15                                         KAREN WOODWARD
                                           CHRISTOPHER P. NORTON
                                           Attorneys for Defendant
16                                         Xanodyne Pharmaceuticals, Inc.

17

18  DATED: December 31, 2012          SALKOW LAW, APC

19
                                      By:   /s/ Richard Salkow
20                                         RICHARD SALKOW
                                           Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
1/2/13

# PROOF OF SERVICE

**Freitas vs. McKesson; 3:12-cv-5948-SC**

I am over the age of 18 years and not a party to or interested in the above-named case. I am associated with the Sill Law Group whose business address is 14005 N. Eastern Avenue, Edmond, OK 73013; and I am working from my home office located at 1950 E. Andreas Road, Palm Springs, CA 92262.

On December 31, 2012, I served a true copy of the following document(s):

**STIPULATION TO STAY MOTION FOR JUDGMENT ON THE PLEADINGS PENDING OUTCOME OF MOTION TO REMAND**

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following individuals:

| | |
|---|---|
| Farley Neuman<br>Goodman Neuman & Hamilton LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 705-0400<br>Facsimile: (415) 704-0411<br>Email: fneuman@gnhllp.com | Attorneys for Defendants McKesson Corporation |
| Christopher Patrick Norton<br>Sedgwick LLP<br>801 S. Figueroa Street, 19th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 426-6900<br>Facsimile: (213) 426-6921<br>Email: Christopher.norton@sedgwicklaw.com | Attorneys for Defendants Xanodyne Pharmaceuticals, Inc. |
| Adam Richard Salvas<br>Seeger Salvas LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA 94105<br>Telephone: (415) 981-9260<br>Facsimile: (415) 981-9266<br>Email: asalvas@seegersalvas.com | Attorneys for Defendants Brenn Distribution, Inc. F/K/A Propst; Endo Pharmaceuticals Holdings, Inc.; Endo Pharmaceuticals, Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent) Inc.; Generics International (UX) Inc.; Vintage Pharmaceuticals, Inc.; Vintage Pharmaceuticals, LLC |
| Carolyn Taylor<br>Tammara N. Tukloff<br>Morris Polich & Purdy LLP<br>600 W. Broadway, Ste 500<br>San Diego, CA 92101<br>Telephone: (619) 557-0404<br>Facsimile: (619) 557-0460<br>Email: ctaylor@mpplaw.com<br>Email: ttukloff@mpplaw.com | Attorneys for Defendants Brenn Distribution, Inc. fka Propst, Vintage Pharmaceuticals, Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed this 31st day of December, 2012, at Palm Springs, California.

David Whitener